AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| Adham Amin Hassoun ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 19-cv-370 |
| JEFFREY SEARLS, in his official capacity as Acting Assistant Field Office Director and Administrator of the Buffalo Federal Detention Facility ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Adham Amin Hassoun.

Date:   05/15/2019

/s/ Judy Rabinovitz
*Attorney's signature*

Judy Rabinovitz JR-1214
*Printed name and bar number*

125 Broad Street
18th Floor
New York, New York 10004
*Address*

JRabinovitz@aclu.org
*E-mail address*

(917) 496-4275
*Telephone number*

(212) 549-2654
*FAX number*