AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | | |
|---|---|---|
| Adham Amin Hassoun | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  19-cv-370 |
| JEFFREY SEARLS, in his official capacity as Acting Assistant Field Office Director and Administrator of the Buffalo Federal Detention Facility | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Adham Amin Hassoun.

Date:   05/15/2019

/s/ Celso Perez
*Attorney's signature*

Celso Perez 5384755
*Printed name and bar number*

125 Broad Street
18th Floor
New York, New York 10004

*Address*

cperez@aclu.org
*E-mail address*

(646) 905-8935
*Telephone number*

(212) 549-2654
*FAX number*