UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



ADHAM AMIN HASSOUN,

    Petitioner,

v.

JEFFREY SEARLS, in his official capacity
As Acting Assistant Field Office Director and
Administrator, Buffalo Federal Detention
Center,

    Respondent.

Case # 1:19-cv-00370-EAW

## **ORDER PERMITTING FILING OF DOCUMENTS UNDER SEAL**

AND NOW, this 15th day of November, 2019, upon consideration of Respondent's motion to file under seal and the Declaration of Department of Justice Counsel for National Security Steven A. Platt in support thereof, and considering that the document identified in the declaration contain sensitive, confidential, non-public, law enforcement and national security information, it is hereby ORDERED that Respondent's motion to seal is **GRANTED**.

It is hereby further **ORDERED** that Respondent provide unredacted copies of all sealed documents to Petitioner's counsel.

SO ORDERED.

ELIZABETH A. WOLFORD
United States District Judge

Dated:     November 15, 2019
            Rochester, New York