UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

ADHAM AMIN HASSOUN,

        Petitioner,

        v.

JEFFREY SEARLS, *in his official capacity as Acting Assistant Field Office Director and Administrator of the Buffalo Federal Detention Facility*,

        Respondent.
_____

**SCHEDULING ORDER**

1:19-CV-00370 EAW

As discussed at the status conference held on January 17, 2020, the Court sets the following deadlines:

(1) By no later than February 6, 2020, the parties shall produce all documents responsive to the opposing party's discovery demands. This includes Petitioner's A-file, which Respondent must turn over to Petitioner. Each side must further produce a privilege log by February 6, 2020, except that Respondent need not produce a privilege log related to Petitioner's A-file by that date.

(2) By no later than February 14, 2020, Respondent shall produce a privilege log related to Petitioner's A-file.

(3) By no later than February 28, 2020, the parties shall file any motions to compel or other discovery motions. To the extent Respondent takes the position that the FBI letter should continue to be maintained under seal or that any portion of the forthcoming

evidentiary hearing should be closed to the public, Respondent shall file a submission (submitted *in camera* if necessary) seeking such relief.

(4) Responses to any motions filed on February 28, 2020, shall be due by no later than March 9, 2020.

(5) Oral argument on the anticipated motions is set for March 16, 2020, at 2:00 p.m. at the United States Courthouse, 100 State Street, Rochester, New York.

(6) A pre-hearing conference is set for April 21, 2020, at 2:00 p.m. at the United States Courthouse, 100 State Street, Rochester, New York.

(7) The deadline for witness lists, exhibit lists, and legal memoranda regarding evidentiary issues will be discussed at the appearance on March 16, 2020.

(8) The evidentiary hearing is scheduled to commence on April 28, 2020, at 9:00 a.m. at the United States Courthouse, 2 Niagara Square, Buffalo, New York. The evidentiary hearing will continue daily thereafter until completed. It is anticipated that the evidentiary hearing will be completed by May 1, 2020.

SO ORDERED.

_____
ELIZABETH A. WOLFORD
United States District Judge

Dated:  January 21, 2020
        Rochester, New York