Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

ADHAM AMIN HASSOUN,

v.

JEFFREY SEARLS, in his official
capacity as Acting Assistant Field Office
Director and Administrator of the Buffalo
Federal Detention Facility,

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 19-cv-370

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court grants the Petition (Dkt. 1) and orders Petitioner's release, effective July 2, 2020, at 12:00 p.m., and subject to the conditions of supervision set forth above and agreed upon by the parties. The Court denies Respondent's motion for a stay pending appeal. (Dkt. 242).

Date: June 30, 2020

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Elizabeth Burger
    Deputy Clerk